UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUNI CHOVET,

                    Plaintiff,

          -v-

YVES ROCHER NORTH AMERICA INC., ET AL.

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/10/2026_

**ORDER**

25-CV-10473 (KPF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on April 10, 2026, to discuss settlement procedures and scheduling a future settlement conference.

The parties shall confirm their availability for a virtual settlement conference on the morning of May 26, 2026, or May 28, 2026. If the parties are not available those days, they are directed to propose three alternative dates when both parties are available. Parties should communicate their availability by filing a letter on the docket by **April 17, 2026**.

**SO ORDERED.**

Dated: April 10, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge