UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUNI CHOVET,

                    Plaintiff,

          -v-

YVES ROCHER NORTH AMERICA INC., ET AL.

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2026

**ORDER**

25-CV-10473 (KPF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint letter relaying availability for a May 26, 2026 settlement conference.  ECF No. 28.  The undersigned is no longer available for a settlement conference on May 26, 2026.  Parties are directed to confer and propose three additional dates they are available for a future virtual settlement conference by **April 27, 2026.**

**SO ORDERED.**

Dated: April 20, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge