UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026
```

AUNI CHOVET,

                Plaintiff,

      -v-

YVES ROCHER NORTH AMERICA INC., ET AL.

          Defendants.

**ORDER**

25-CV-10473 (KPF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint letter relaying availability for a settlement conference on May 28, 2026. ECF No. 30. The undersigned is not available on May 28, 2026. Therefore, the parties are directed to confer and propose **three dates** for a settlement conference by **May 4, 2026.**

**SO ORDERED.**

Dated: April 28, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge