UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2026__

AUNI CHOVET,

            Plaintiff,

      -v-

YVES ROCHER NORTH AMERICA INC., ET AL.

      Defendants.

**ORDER**

25-CV-10473 (KPF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 36, stating that the parties have reached a settlement in principle. In light of this update, the settlement conference currently scheduled for June 18, 2026, and all interim deadlines related to the settlement conference, are adjourned *sine die*.

**SO ORDERED.**

Dated: June 5, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge